# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**STEPHEN HARRIS**                                                   **PETITIONER**

**V.**                                                    **NO. 4:09CV120-P-D**

**CHRISTOPHER EPPS, et al.**                           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day:

1.      this matter is DISMISSED without prejudice;

2.      the motion to proceed IFP (docket entry 2) is DENIED; and

3.      this matter is CLOSED.

IT IS SO ORDERED.

THIS the 8th day of December, 2009.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE